ROBERT W. FREEMAN
Nevada Bar No. 003062
PAMELA L. MCGAHA
Nevada Bar No. 008181
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
E-Mail: robert.freeman@lewisbrisbois.com
E-Mail: Pamela.mcgaha@lewisbrisbois.com
*Attorneys for Geico General Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TANYA JIMENEZ,<br><br>            Plaintiff,<br><br>    vs.<br><br>GEICO GENERAL INSURANCE COMPANY, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>            Defendants. | CASE NO.: 2:14-cv-1320-APG-NJK<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED, by and among Plaintiff TANYA JIMENEZ and Defendant GEICO GENERAL INSURANCE COMPANY, by and through their respective counsel of record, that all of the claims and causes of action against Defendant GEICO GENERAL INSURANCE COMPANY In the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorneys fees and costs.

/ / /

/ / /

/ / /

/ / /

4841-2065-8722.1

Tanya Jimenez vs. Geico General Insurance Company
Case No.: 2:14-cv-01320-APG-NJK
Stipulation and Order for Dismissal with Prejudice

IT IS FURTHER STIPULATED AND AGREED that the parties may obtain, if applicable, the return of their jury demand fees previously submitted to the Court.

DATED this 9 day of February, 2015.          DATED this 16 day of February, 2015.

LEWIS BRISBOIS BISGAARD & SMITH              MOSS BERG INJURY LAWYERS


_____           _____
ROBERT W. FREEMAN, ESQ.                      BOYD B. MOSS III, Esq.
Nevada Bar No. 03062                         Nevada Bar No. 8856
PAMELA L. MCGAHA, ESQ.                       MARCUS A. BERG, Esq.
Nevada Bar No. 8181                          Nevada Bar No. 9760
GREGORY G. BEAN, ESQ.                        625 South Decatur Blvd.
Nevada Bar No. 12694                         Las Vegas, Nevada 89107
6385 S. Rainbow Boulevard, Suite 600         *Attorneys for Plaintiff*
Las Vegas, Nevada 89118                      *TANYA JIMENEZ*
*Attorneys for Defendant GEICO*
*GENERAL INSURANCE COMPANY*

4841-2065-8722.1

2

Case 2:14-cv-01320-APG-NJK   Document 24   Filed 03/09/15   Page 3 of 3

Tanya Jimenez vs. Geico General Insurance Company
Case No.: 2:14-cv-01320-APG-NJK
Stipulation and Order for Dismissal with Prejudice

## ORDER

Based upon the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that all of the claims and causes of action against Defendant GEICO GENERAL INSURANCE COMPANY in the above-entitled action be, and are hereby, dismissed, with prejudice, each party to bear their own attorneys fees and costs.

IT IS FURTHER ORDERED that the parties may obtain, if applicable, the return of their jury demand fees previously submitted to the Court.

Dated: March 9, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:_____
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 03062
PAMELA L. MCGAHA, ESQ.
Nevada Bar No. 8181
GREGORY S. BEAN, ESQ.
Nevada Bar No. 12694
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
*GEICO GENERAL INSURANCE COMPANY*